UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>         Plaintiff,<br><br> v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>         Defendants. | Case No. _____ |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**DISCLOSURE STATEMENT OF PLAINTIFF FRONTIER AIRLINES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Frontier Airlines, Inc. makes the following disclosure statement.

Plaintiff Frontier Airlines Inc. is a wholly owned subsidiary of Frontier Airlines Holdings, Inc.  Frontier Airlines Holdings, Inc. is a wholly owned subsidiary of Frontier Group Holdings, Inc.  Frontier Group Holdings, Inc. is a publicly traded entity.

Dated: New York, New York
    April 8, 2022

Respectfully Submitted,

**BINDER & SCHWARTZ LLP**

/s/ Eric B. Fisher
Eric B. Fisher
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel:  (212) 510-7008
Fax:  (212) 510-7299
Email:  efisher@binderschwartz.com

*Attorneys for Plaintiff Frontier Airlines, Inc.*