**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                          Plaintiff,<br><br>   v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                          Defendants. | Case No. 22-cv-02943 |

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Frontier Airlines, Inc. in the above-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.  I certify that I am admitted to practice before this Court.

| | |
|---|---|
| Dated:   New York, New York<br>            April 13, 2022 | Respectfully Submitted,<br><br>/s/ Tessa B. Harvey<br>Tessa B. Harvey<br>Binder & Schwartz LLP<br>366 Madison Avenue, 6th Floor<br>New York, New York 10017<br>Tel: (212) 933-4612<br>Fax: (212) 510-7299<br>Email: tharvey@binderschwartz.com<br><br>*Attorneys for Plaintiff Frontier Airlines, Inc.* |