# C L I F F O R D
# C H A N C E

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**BY ECF**

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

May 4, 2022

Re:   *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited et al.,*
      **22 Civ. 2943 (PAE)**

Your Honor:

We represent all of the Defendants in the above-referenced action. We are writing to request an extension of Defendants' time to answer or move against the Complaint.

Plaintiff filed the Complaint in this action on April 8, 2022. We understand that at least some of the Defendants were served on April 14, which means that the current deadline for those Defendants to respond to the Complaint is May 5, 2022.

Defendants respectfully request an extension of time to respond to the Complaint applicable to all Defendants to June 3, 2022. This is Defendants' first request for an extension of time to respond to the Complaint, and Plaintiff's counsel has consented to this requested extension.

Respectfully submitted,

s/ Jeff E. Butler

Jeff E. Butler


Granted. SO ORDERED.

*/s/ Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
May 4, 2022