**CLIFFORD**
**CHANCE**

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**BY ECF**

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

June 2, 2022

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited et al.*, 22 Civ. 2943 (PAE)

Your Honor:

We represent all of the Defendants in the above-referenced action. We are writing to request an extension of Defendants' time to answer or file a motion to dismiss.

Plaintiff filed the Complaint in this action on April 8, 2022. Defendants previously requested an extension of time to respond to the Complaint to June 3, 2022, which the Court granted by Order dated May 4, 2022. Plaintiff recently informed Defendants that it intends to file an Amended Complaint by June 24, 2022.

Defendants have no objection to the filing of an Amended Complaint at that time, but Defendants respectfully request an extension of time to answer or move to dismiss to July 22, 2022. Plaintiff's counsel has consented to this requested extension.

Respectfully submitted,

 s/ Jeff E. Butler

Jeff E. Butler