UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, <br><br> Defendants. | 22 Civ. 2943 (PAE) |

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Jeff E. Butler dated August 26, 2022 (and accompanying exhibits) and the accompanying Memorandum of Law, Defendants AMCK Aviation Holdings Ireland Limited ("AMCK"), Accipiter Investments Aircraft 4 Limited ("Accipiter"), Vermillion Aviation (Two) Limited ("Vermillion"), Accipiter Holdings DAC ("Accipiter Holdings"), Carlyle Aviation Management Limited ("Carlyle Aviation"), Maverick Aviation Holdings Ltd. ("Maverick"), Manchester Aviation Finance S.a.r.l. ("Manchester"), UMB Bank, N.A., not in its individual capacity but solely as owner trustee ("UMB") and Wells Fargo Trust Company, N.A., not in its individual capacity but solely as owner trustee ("Wells Fargo") (collectively, "Defendants"), hereby respectfully move this Court, before the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, for an order pursuant to Rule 12 of the Federal Rules of Civil Procedure

dismissing the Amended Complaint in this action and granting such further relief as the Court deems proper and just.

| | |
|---|---|
| Dated: August 26, 2022<br>New York, New York | Respectfully submitted,<br><br>s/Jeff E. Butler<br><br>Jeff E. Butler<br>John P. Alexander<br>Gege Wang<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, New York 10019<br><br>*Attorneys for Defendants* |