

First Floor, 28-29  
Sir John Rogerson's Quay  
Dublin D02 EY80, Ireland

T: +353 1 517 0100  
info@AMCK.aero  
www.AMCK.aero

By E-mail (PDF Attachment)

30 March 2022

Dear Robert,

Re:   Aircraft and leases serviced by AMCK Aviation Holdings Ireland Limited

We are writing to provide you with an update on the aircraft and aircraft leases serviced by AMCK Aviation Holdings Ireland Limited (**AMCK**).

As you know, AMCK is the current servicer for the aircraft and aircraft leases owned or entered into by or on behalf of aircraft owning entities that are affiliates of AMCK (such entities, the "**AMCK AOEs**") and Accipiter Holdings DAC (such entities, the "**Accipiter AOEs**").

In December 2021, the ultimate shareholder(s) of the AMCK AOEs and the Accipiter AOEs entered into sale documents with Maverick Aviation Holdings Ltd. ("**Maverick**"), an investment vehicle managed by an affiliate of Carlyle Aviation Partners Ltd. ("**Carlyle**"), pursuant to which the indirect shareholders of AMCK AOEs and the Accipiter AOEs will be sold to Maverick, subject to closing conditions.

Upon the completion of such sale, AMCK will cease to be the servicer for the AMCK AOEs and the Accipiter AOEs, and all aircraft and aircraft leases owned or entered into by or on behalf of such entities. Carlyle or one of its affiliates is expected to act as the new servicer. We anticipate that Carlyle will send a further notice notifying you of the change in servicer when the sale completes.

For your information (and based on publicly available information), Carlyle already manages a portfolio of assets in the aviation industry, with $10.2 billion of assets under management, and over 105 current airline customers in 56 countries. It has a platform with deep servicing capabilities, comprised of over 95 professionals in three offices globally, manging PDP financings, new delivery financings, sale-leasebacks and young and mid-life aircraft and engine leasing. We are therefore confident that Carlyle will have the expertise to continue managing the relevant aircraft and aircraft leases when the sale is consummated.

We are grateful for your kind support throughout the years and we look forward to continue working with you until the transition of the servicing to the Carlyle group.

With kind regards,

*Paul Sheridan*

**Paul Sheridan**  
Chief Executive Officer  
AMCK Aviation Holdings Ireland Limited

**AMCK Aviation Holdings Ireland Limited**

Registered in Ireland with company number 552762. **Directors:** Gerald Ma (Canadian), Robert Finnegan, Pat O'Brien, Eirene Yeung (Chinese) and Paul Sheridan.