# LESSEE NOTICE (MSN 6184)

**From**: Carlyle Aviation Management Limited, as Servicer, on behalf of Wells Fargo Trust Company, National Association, not in its individual capacity but solely as owner trustee under the Trust Agreement (the "**Lessor**")

**To**:    Frontier Airlines, Inc. (the "**Lessee**")
7001 Tower Road
Denver, CO 80249
Attention: Chief Financial Officer
Email: Jimmy.Dempsey@flyfrontier.com
Facsimile: (720) 374-9297

With a copy to:

Frontier Airlines, Inc.
7001 Tower Road
Denver, CO 80249
Attention: General Counsel
Facsimile: (720) 374-9297
Email: Howard.Diamond@flyfrontier.com

April 12, 2022

Ladies & Gentlemen:

(1)   We refer to the Aircraft Operating Lease Agreement, dated June 9, 2014, between the Lessor and the Lessee (as assigned, supplemented, novated and amended from time to time, the "Lease") relating to one (1) Airbus model A320-214 aircraft bearing manufacturer's serial number 6184 and U.S. registration mark N227FR, together with the engines described therein (the "Aircraft"). Capitalized terms used in this Lessee Notice (this "Notice") without definition shall have the meaning given to them in the Lease.

Please be advised that Maverick Aviation Partnership L.P. ("Maverick"), an investment vehicle managed by a subsidiary of Carlyle Aviation Partners Ltd., has completed its indirect acquisition of certain aircraft owning entities (collectively, the "Companies") from affiliates of AMCK Aviation. Please see the attached press release for further information.

In connection with such acquisition, and pursuant to separate agreements among the relevant parties, Carlyle Aviation Management Limited ("CAML" or the "Servicer") will act as the agent and servicer or "Servicer" (if such term is defined in the Lease) on behalf of each of the respective Lessors of the portfolio of aircraft owned by the Companies, including the Aircraft. CAML will communicate with

you in connection with the Aircraft and the Lease, and any such communications received by you from CAML in connection with the Aircraft and the Lease may be relied upon (and complied with where the context calls for compliance) by you. From and after the date hereof, please direct all notices and communications under or in respect of the Lease and the Aircraft to:

>c/o Carlyle Aviation Management Limited
>Connaught House
>1 Burlington Road
>Dublin 4, Ireland
>Email: fleet@carlyle.aero

(2)   The Lessor and CAML, as servicer, hereby notify you that:

(i)   From and after the date hereof, CAML shall act as servicer or "Servicer" (if such term is defined in the Lease) of the Aircraft.

(ii)   From and after the date hereof, Lessee shall send all utilization reports and any other reports required to be delivered to the Lessor under the Lease to CAML, as the new servicer or "Servicer", to the following email addresses:

>"Billing@carlyle.aero" and "apollo-utilization@aerdata.com".

All other communications from the Lessee in connection with the Lease and / or the Aircraft shall be directed to CAML as the new servicer or Servicer in lieu of the Lessor.

(iii)   From and after the date hereof, Lessee shall update the insurances required to be maintained by Lessee under the Lease to comply with the instructions set out in Annex A hereto.

Lastly, CAML will communicate with you in due course to coordinate and arrange for any amendments to, or replacement of, any ancillary documents as warranted in respect of the Lease, and resulting from the introduction of CAML as servicer, and the change in Lessor's registered office and address referenced herein.

[*signature page follows*]

Yours faithfully, for itself and on behalf of the Lessor,

**CARLYLE AVIATION MANAGEMENT LIMITED, as Servicer**

By: _____/s/ M. Miller_____

Name: Marcus Miller
Title: VP Dublin Operations

3

[Lessee Notice (MSN 6184)]

# ANNEX A

## FURTHER INSURANCE INFORMATION

(i)     Please insert the following as Contracts:

Facility Agreement dated as of April 11, 2022, among, inter alios, Maverick Aviation Holdings Ltd., Carlyle Aviation Management Limited, UMB Bank, National Association, not in its individual capacity but solely as security trustee and administrative agent, and the lenders party thereto from time to time (the "Facility Agreement").

Security Agreement dated as of April 11, 2022, among Maverick Aviation Holdings Ltd., Carlyle Aviation Management Limited, UMB Bank, National Association, not in its individual capacity but solely as security trustee and administrative agent and the other grantors party thereto.

Management Agreement dated as of April 12, 2022, among Maverick Aviation Holdings Ltd., Carlyle Aviation Management Limited and UMB Bank, National Association, not in its individual capacity but solely as security trustee and administrative agent.

(ii)     Please insert the following as Addressees:

1. Maverick Aviation Holdings Ltd.
2. Carlyle Aviation Management Limited
3. UMB Bank, National Association, not in its individual capacity but solely as security trustee and administrative agent

(iii)     Please insert the following as Contract Parties:

From and after the date hereof, in addition to the Lessor: (a) Maverick and UMB Bank, National Association, not in its individual capacity but solely as security trustee shall be named and included as a "contract party" under the hull, spares and war risk insurances required to be maintained by the Lessee under the Lease; and (b) Maverick, UMB Bank, National Association, not in its individual capacity but solely as security trustee and administrative agent, the lenders party to the Facility Agreement from time to time and CAML, and each of their respective shareholders, members, affiliates, subsidiaries, directors, managers, officers, agents, employees and indemnitees, and each of their respective successors and assigns shall be an "Indemnitee" for all purposes of the Lease and shall be named or included as additional insureds in accordance with the requirements of the Lease under the aviation and general third party liability insurance required to be maintained by the Lessee under the Lease. For the avoidance of doubt, each of Maverick and CAML is an affiliate, or Affiliate (if such term is defined in the Lease), of the Lessor for all purposes of the Lease.

Until two years from and after the date hereof, the following parties shall be named as additional insureds in accordance with the requirements of the Lease Documents under the

[Lessee Notice (MSN 6184)]

aviation and third party liability insurance required to be maintained by the Lessee under the Lease Documents: Vermillion Aviation Holdings Limited, CK Capital (Hong Kong) Limited and each of their respective successors, assigns, transferees, partners, members, beneficial interest owners, affiliates and trustees and each of their respective officers, directors, employees, representatives, agents, contractors, subcontractors, servants and employees.

(iv)   Please insert the following for Notices:

Maverick Aviation Holdings Ltd.
c/o Walkers Corporate Limited
190 Elgin Avenue
George Town
Grand Cayman KY1-9008
Cayman Islands
Attention: The Directors
Email: CAMLnotices@carlyle.aero

Carlyle Aviation Management Limited
Connaught House, 1 Burlington Road, Dublin 4 Ireland
Facsimile No.: +353 1 497 6317
Email:  CAMLnotices@carlyle.aero

With a copy to:

Carlyle Aviation Group, LLC
848 Brickell Ave, Suite 500
Miami, Florida 33131
Attention: Javier Meireles
Facsimile No.: +1 305-579-2340
Email:  javierm@carlyle.aero

UMB Bank, National Association
Attn: Corporate Trust Utah
6440 S. Millrock Drive, Suite 400
Salt Lake City, UT 84121
Attn: Corporate Trust – Aviation
Facsimile:  +1-385-715-3025
Email:  corptrustutah@umb.com; glenn.shaw@umb.com