

Eric B. Fisher
Binder & Schwartz LLP
366 Madison Avenue 6th Floor
New York, NY 10017

(T) 212.933.4551
(F) 212.510.7299
efisher@binderschwartz.com

October 14, 2022

**Via ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, et al.*,
      No. 22 Civ. 2943 (PAE)

Dear Judge Engelmayer:

We represent Plaintiff Frontier Airlines, Inc. ("Plaintiff") in the above captioned action. With the consent of Defendants' counsel, we write to respectfully request that the Court approve the briefing schedule described below for Defendants' Motion to Dismiss the Second Amended Complaint (the "Motion").

The current deadline for Plaintiff to oppose the Motion is October 21, 2022. The current deadline for Defendants' reply is October 28, 2022. Due to a number of scheduling conflicts during this month, Plaintiff respectfully requests until November 4, 2022 to file its opposition, and until November 28, 2022 for Defendants to file their reply.

This is the first request for an extension of time on the Motion.

Respectfully,

/s/ Eric B. Fisher

Eric B. Fisher

cc:   Jeff Butler, Esq. (via ECF)

Granted.   SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
October 17, 2022