UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>Defendants. | Case No. 1:22-cv-02943 (PAE)<br><br>ECF Case |

## DECLARATION OF ERIC B. FISHER

I, Eric B. Fisher, declare as follows:

1. I am a partner with Binder & Schwartz LLP, counsel for Plaintiff Frontier Airlines, Inc. ("Frontier") in the above-captioned action.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Framework Agreement, dated as of March 16, 2020, between AMCK Aviation Holdings Ireland Limited and Frontier (without attachments with certain information relating to financial terms redacted).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2022          /s/ Eric B. Fisher
      New York, New York         Eric B. Fisher