# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>        Defendants. | 22 Civ. 2943 (PAE) |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendant Vermillion Aviation Holdings Limited hereby respectfully moves this Court, before the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, for an order pursuant to Rule 12 of the Federal Rules of Civil Procedure dismissing the Second Amended Complaint in this action and granting such further relief as the Court deems proper and just.

| | |
|---|---|
| Dated: November 10, 2022<br>       New York, New York | Respectfully submitted,<br><br> s/ Jeff E. Butler<br>Jeff E. Butler<br>John P. Alexander<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, New York 10019<br>*Attorneys for Defendants* |