# CLIFFORD CHANCE

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**By ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

November 28, 2022

*Frontier Airlines v. AMCK Aviation*, No. 22 Civ. 2943 (PAE)

Your Honor:

Pursuant to Section 3.F of the Court's Individual Rules and Practices in Civil Cases, Defendants respectfully request oral argument with respect to Defendants' Motions to Dismiss the Second Amended Complaint filed on October 7, 2022 (Doc. 38) and November 10, 2022 (Doc. 45).

Respectfully submitted,

s/ Jeff E. Butler

Jeff E. Butler