UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONTIER AIRLINES, INC.,

    Plaintiff,

v.

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

    Defendants.

Case No. 1:22-cv-02943 (PAE)

ECF Case

### AFFIDAVIT OF DAVID SCHOEGGL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, David Schoeggl, hereby declare and affirm as follows:

1. I am an attorney with the law firm of Lane Powell PC.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned matter.

3. As shown in the attached Certificates of Good Standing, I am a member of good standing of the bars of the states of Alaska, Oregon, and Washington.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

WHEREFORE Affiant respectfully submits that he be permitted to appear as counsel pro hac vice in this case for Plaintiff Frontier Airlines, Inc.

Dated: January 12, 2023

David Schoeggl

Subscribed and sworn to before me in Seattle, King County, Washington, this 12th day of January, 2023, by David Schoeggl.



Notary Public in and for the State of Washington, residing at Edmonds, WA.