IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                  Plaintiff,<br><br>      v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LIMITED, MANCHESTER AVIATION FINANCE S.A.R.L., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                  Defendants. | Case No. 1:22-cv-02943 (PAE) |

## DECLARATION OF HOWARD DIAMOND

I, Howard Diamond, declare as follows:

1. I am the Senior Vice President, Secretary and General Counsel of Frontier Airlines, Inc. ("Frontier") and am knowledgeable about matters set forth herein.

2. Frontier is a Colorado-based passenger airline that operates a fleet of 127 commercial passenger aircraft leased from various aircraft lessors.

3. Frontier flies to destinations in North America, including in the United States, Central America and the Caribbean.

4. An average Airbus A320 aircraft in Frontier's fleet (which is the model that makes up the majority of Frontier's fleet) completes approximately four and one-half flights per day on

average, each carrying up to 186 passengers. The fourteen aircraft leased to Frontier that are at issue in this action would therefore carry approximately 12,000 passengers per day.

5. Frontier's fleet is small relative to other major U.S. airlines and, as a result, Frontier's inability to use each aircraft in its fleet has a significant impact on Frontier's operations. Summer is peak season for Frontier and other U.S.-based airlines, so any impact on Frontier's ability to deploy its fleet would be greatest now.

6. To my knowledge, as of today, Frontier is current on all lease payments for the 14 aircraft that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2023

DocuSigned by:

*Howard Diamond*

BB3468E8165E49B...

Howard Diamond