IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                    Plaintiff,<br><br>       v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LIMITED, MANCHESTER AVIATION FINANCE S.A.R.L., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                    Defendants. | Case No. 1:22-cv-02943 (PAE)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, admitted to practice before this Court, hereby appears as counsel for Plaintiff Frontier Airlines, Inc. and requests that copies of all future papers in this action be served upon the undersigned at the address stated below.

Dated:  June 7, 2023
          New York, NY

Respectfully submitted,

*/s/ Gregory C. Pruden*
Gregory C. Pruden
Binder & Schwartz LLP
366 Madison Avenue, Sixth Floor
New York, NY 10017
(212) 510-7239
gpruden@binderschwartz.com