IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                Plaintiff,<br><br>      v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LIMITED, MANCHESTER AVIATION FINANCE S.A.R.L., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                Defendants. | Case No. 1:22-cv-02943 (PAE)<br><br>**CERTIFICATE OF SERVICE** |

      I, Gregory C. Pruden, hereby certify that I am an attorney over 18 years of age and am not a party to this action. On June 7, 2023, at approximately 2:52 P.M., I served by email copies of the following documents on Defendants in the above-captioned proceedings, by their counsel Jeff Butler, Jed Schwartz, and Emily Werkmann, pursuant to the Court's June 7, 2023 Order to Show Cause (ECF No. 56):

- The Order to Show Cause;
- Frontier's Memorandum of Law in Support of Its Motion by Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction (ECF No. 53);
- The Declaration of Howard Diamond (ECF No. 54); and
- The Declaration of Paul Lambert and associated exhibits (ECF No. 55).

Dated: June 7, 2023
       New York, NY

                                                          */s/ Gregory C. Pruden*
                                                          Gregory C. Pruden