UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK A VIA TI ON HOLDINGS LIMITED, MANCHESTER AVIATION FINANCE S.A.R.L., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMP ANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, <br><br> Defendants. | Case No. 1:22-cv-02943 (PAE) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jed M. Schwartz, a member of the firm Milbank LLP, hereby appears as counsel for Defendants Wells Fargo Trust Company, N.A., solely in its capacity as Owner Trustee, and UMB Bank, N.A., solely in its capacity as Owner Trustee in the above-captioned action.  Jed M. Schwartz hereby certifies that he is admitted to practice in this Court and respectfully requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

Dated: June 7, 2023  　　　　　　　　　　　MILBANK LLP
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　/s/ *Jed M. Schwartz*
　　　　　　　　　　　　　　　　　　　　Jed M. Schwartz
　　　　　　　　　　　　　　　　　　　　55 Hudson Yards
　　　　　　　　　　　　　　　　　　　　New York, New York 10001
　　　　　　　　　　　　　　　　　　　　Telephone: 212-530-5000
　　　　　　　　　　　　　　　　　　　　Facsimile: 212-530-5219
　　　　　　　　　　　　　　　　　　　　Email: jschwartz@milbank.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Wells Fargo Trust Company, N.A., solely in its capacity as Owner Trustee, and UMB Bank, N.A., solely in its capacity as Owner Trustee*