**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK A VIA TI ON HOLDINGS LIMITED, MANCHESTER AVIATION FINANCE S.A.R.L., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMP ANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                    Defendants. | Case No. 1 :22-cv-02943 (PAE) |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Emily Werkmann, an associate with the firm Milbank LLP, hereby appears as counsel for Defendants Wells Fargo Trust Company, N.A., solely in its capacity as Owner Trustee, and UMB Bank, N.A., solely in its capacity as Owner Trustee in the above-captioned action.  Emily Werkmann hereby certifies that she is admitted to practice in this Court and respectfully requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

Dated:    June 7, 2023                    MILBANK LLP
          New York, New York


                                          /s/ *Emily Werkmann*
                                          Emily Werkmann
                                          55 Hudson Yards
                                          New York, New York 10001
                                          Telephone: 212-530-5000
                                          Facsimile: 212-530-5219
                                          Email: ewerkmann@milbank.com

                                          *Counsel for Defendants Wells Fargo Trust*
                                          *Company, N.A., solely in its capacity as Owner*
                                          *Trustee, and UMB Bank, N.A., solely in its*
                                          *capacity as Owner Trustee*