# Exhibit 3

Non-Waiver & Preservation of Rights Agreement

1. This Non-Waiver and Preservation of Rights Agreement (this "Agreement") is entered into by FRONTIER AIRLINES, INC. ("Frontier") and ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, individually or collectively as the context may require, "Carlyle"), and are referred to herein, individually as the "Party" and collectively as the "Parties".

2. This Agreement applies to Lease Agreements (the "Lease Agreements") for fourteen aircraft currently leased to Frontier for use in its operations and one Airbus model A320-214 aircraft bearing U.S. registration number N227FR which was redelivered to its lessor on July 21, 2022 (collectively, the "Aircraft"), the related Operative Documents (as defined in the Lease Agreements), and the other related documents and agreements that affect the Lease Agreements and the parties' respective rights and responsibilities with respect to such leased Aircraft, and to certain transactions defined in the Lawsuit as "the December 2021 Transaction" and the "Carlyle Transaction."

3. Frontier contends that Carlyle failed to comply with certain terms in the Lease Agreements regarding the transfer of interests to Carlyle. Frontier has filed a lawsuit captioned *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, et. al.*, USDC SDNY Case No. 1:22-cv-02943 (PAE) ("the Lawsuit"). Frontier's Amended Complaint in the Lawsuit seeks, among other things, a declaration that Frontier is not deemed to have consented to certain transactions involving Carlyle and Carlyle-related entities, and an order directing that Frontier is relieved of certain obligations under the Lease Agreements until the December 2021 Transaction or the Carlyle Transaction is unwound, plus reasonable attorneys' fees and costs. Carlyle denies any breach of the Leases and all other wrongful conduct, and opposes the relief requested by Frontier.

4. Despite the existence of the Lawsuit and the parties' respective claims and defenses asserted or potentially to be asserted therein, the Parties recognize the mutual operational benefits to the Parties from cooperating with each other in good faith regarding the day-to-day administration of the Lease Agreements and the Aircraft, including, without limitation, paying and accepting rent, processing and administering lease returns, Aircraft use reports, Aircraft registration renewals, Aircraft and record inspections, insurance certificates, consents, lease amendments, aircraft/lease financings, owner trustee and owner participant assignments and Aircraft sales (and related transfers, notices and acknowledgments, replacement of lessor guarantees, updated insurance certificates and matters ancillary thereto), warranty and insurance claims, notices, and the like in accordance with the terms of the Lease Agreements ("Lease Administration Activities"). Accordingly, the Parties hereby confirm that they will continue to cooperate in good faith regarding all Lease Administration Activities.

5. The Parties also wish to ensure that any rights and defenses in connection with the claims asserted in the Lawsuit that may have arisen for either Party will not be waived or adversely affected by participating and cooperating in Lease

    Administration Activities. Accordingly, unless otherwise agreed to in a writing executed by the relevant Parties, no Party shall be treated as having waived any contractual or extra contractual rights by engaging or participating in any Lease Administration Activity during the term of this Agreement.

6. The term of this Agreement shall begin April 13, 2022, and shall expire on the earlier of July 1, 2024 or 30 days after either Party gives written notice of termination.

7. This Agreement is subject to New York law without application of conflict of law principles.

8. This Agreement may be signed in counterparts.

October 21, 2022
Date

_____
FRONTIER AIRLINES, INC.

_____
Date

_____
ACCIPITER INVESTMENT 4 LIMITED

_____
VERMILLION AVIATION (TWO) LIMITED

_____
ACCIPITER HOLDINGS DAC

_____
CARLYLE AVIATION MANAGEMENT LIMITED

_____
MAVERICK AVIATION HOLDINGS LTD.

_____
MANCHESTER AVIATION FINANCE S.a.r.l.,

_____
WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE

_____
UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE

October 21, 2022
_____
Date

_____                    _____
Date                                         FRONTIER AIRLINES, INC.

                                             *[signature: Miller]*
                                             _____
                                             ACCIPITER INVESTMENT 4 LIMITED

                                             *[signature: Miller]*
                                             _____
                                             VERMILLION AVIATION (TWO) LIMITED

                                             *[signature: Miller]*
                                             _____
                                             ACCIPITER HOLDINGS DAC

                                             _____
                                             CARLYLE AVIATION MANAGEMENT LIMITED

                                             *[signature: Miller]*
                                             _____
                                             MAVERICK AVIATION HOLDINGS LTD.

                                             *[signature: Miller]*
                                             _____
                                             MANCHESTER AVIATION FINANCE S.a.r.l.,

                                             _____
                                             WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE

                                             _____
                                             UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE

October 21, 2022
_____
Date

_____
FRONTIER AIRLINES, INC.

_____
Date

_____
ACCIPITER INVESTMENT 4 LIMITED

_____
VERMILLION AVIATION (TWO) LIMITED

_____
ACCIPITER HOLDINGS DAC

_____
CARLYLE AVIATION MANAGEMENT LIMITED

_____
MAVERICK AVIATION HOLDINGS LTD.

_____
MANCHESTER AVIATION FINANCE S.a.r.l.,

_____
WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE

_____
UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE

October 21, 2022
_____
Date

_____            _____
Date                                                FRONTIER AIRLINES, INC.

_____
ACCIPITER INVESTMENT 4 LIMITED

_____
VERMILLION AVIATION (TWO) LIMITED

_____
ACCIPITER HOLDINGS DAC

_____
CARLYLE AVIATION MANAGEMENT LIMITED

_____
MAVERICK AVIATION HOLDINGS LTD.

_____
MANCHESTER AVIATION FINANCE S.a.r.l.,

*[signature: Corey J. Dahlstrand]*
WELLS FARGO TRUST COMPANY, N.A.,
solely in its capacity as OWNER TRUSTEE
Corey J. Dahlstrand - Assistant Vice President

_____
UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE

| | |
|---|---|
| October 21, 2022<br>_____<br>Date | _____<br>FRONTIER AIRLINES, INC. |
| _____<br>Date | _____<br>ACCIPITER INVESTMENT 4 LIMITED |
| | _____<br>VERMILLION AVIATION (TWO) LIMITED |
| | _____<br>ACCIPITER HOLDINGS DAC |
| | _____<br>CARLYLE AVIATION MANAGEMENT LIMITED |
| | _____<br>MAVERICK AVIATION HOLDINGS LTD. |
| | _____<br>MANCHESTER AVIATION FINANCE S.a.r.l., |
| | _____<br>WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE<br>*[signature]*<br>Marilee Sobieski<br>Vice President |
| | UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE |