**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>               Plaintiff,<br><br>      v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>             Defendants. | Case No. 1:22-cv-02943 (PAE) |

<u>**DECLARATION OF ERIC B. FISHER**</u>

I, Eric B. Fisher, declare as follows:

1.    I am a partner at Binder & Schwartz LLP, counsel of record for plaintiff Frontier Airlines, Inc. ("Frontier") in the above-captioned proceedings.  I have personal knowledge of the facts set forth in this Declaration.

2.    Attached as Exhibit 1 is a redacted version of the March 2020 Framework Agreement between AMCK Aviation Holdings Ireland Limited and Frontier.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2023

                                             */s/ Eric B. Fisher*
                                             Eric B. Fisher