UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONTIER AIRLINES, INC.,

                               Plaintiff,                    22 Civ. 2943 (PAE)

                        -v-

                                                            ORDER

AMCK AVIATION HOLDINGS IRELAND LTD. ET AL.,

                               Defendant.

---

PAUL A. ENGELMAYER, District Judge:

      For the reasons set forth at today's telephonic conference, the Court maintains the temporary restraining order ("TRO") enjoining defendants from grounding, impounding, or deregistering the 14 aircraft at issue in this case, as set out in the Court's order at Docket 56. This TRO is to last until the conclusion of the next conference in the matter, which the Court sets for **Tuesday, June 20, 2023, at 9:30 am** in Courtroom 1305 at 40 Foley Square, New York, NY 10007.  Frontier is also to post a $2 million bond by **Thursday, June 15, 2023 at 5 pm**.

      Also at today's conference, the Court set the following briefing schedule, governing Frontier's application to convert the TRO into a preliminary injunction:

- Frontier's opening brief is due **Monday, June 12, 2023 at 5 pm**.
- Defendants' response is due **Thursday, June 15, 2023, at 5 pm**.  The parties' proposed joint case management plan is also due on June 15, 2023.
- Frontier's reply is due **Sunday, June 18, 2023, at 10 am**.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 8, 2023
       New York, New York

2