

# Milbank

**JED M. SCHWARTZ**

*Partner*

55 Hudson Yards  |  New York, NY 10001-2163

T: +1 (212) 530-5283

JSchwartz@milbank.com  |  milbank.com

June 9, 2023

**<u>VIA EMAIL</u>**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

      Re:    *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, et al.*,
             No. 1:22-cv-02943 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

    We are the attorneys for certain Defendants in the above-captioned action.  We write with the permission of Plaintiff Frontier Airlines, Inc.

    Following yesterday's hearing, the parties have conferred and mutually agreed to retain a private mediator to try to resolve this action, and the action captioned *Carlyle Aviation Management Limited, et al. v. Frontier Airlines, Inc.*, No. 1:23-cv-04774 (S.D.N.Y.), which Your Honor accepted as a related case.  The parties intend to work together to select a mediator and schedule the mediation as soon as reasonably practicable.  The parties will update the Court once the mediation has been scheduled.

            Respectfully submitted,

            *Jed Schwartz*

            Jed Schwartz

cc:    Counsel of Record (via email)

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO