# Exhibit 6



# News Release

**THU, 23 DECEMBER 2021**

# Carlyle Aviation Partners Affiliate to Buy AMCK Aviation's Portfolio of Aircraft

**NEW YORK and DUBLIN** – Global investment firm Carlyle (NASDAQ: CG) announced today that Maverick Aviation Partnership LP ("Maverick"), an investment vehicle managed by Carlyle Aviation Partners, has signed an agreement to acquire AMCK Aviation's ("AMCK") portfolio of aircraft. Through the transaction, Maverick will acquire 125 primarily narrowbody aircraft and an order book of 20 A320/321 neo aircraft. The total appraised value of the existing fleet is in excess of $4 billion, not including the order book.

William Hoffman, Chairman of Carlyle Aviation Partners, said, "We are pleased to acquire AMCK's attractive portfolio, comprised of primarily narrowbody aircraft whose lessee counterparties have performed well in the COVID operating environment. This transaction will help us enhance our capabilities for airline customers and all of our investors across the Carlyle Aviation platform."

AMCK is a global aircraft leasing company headquartered in Dublin,

We use cookies to enhance your experience on our site. By using our site, you agree to our use of cookies. For more information, see our Cookies Policy.

ACCEPT    DENY

The transaction is expected to close in the second quarter of 2022 and is conditioned upon the satisfaction of certain customary closing conditions, including regulatory approvals.

Maverick's primary investor is an affiliate of CPPIB Credit Investments Inc. ("CPPIB Credit Investments"), a wholly-owned subsidiary of Canada Pension Plan Investment Board, an institution with a proven track record in aircraft leasing having previously owned a significant stake in AWAS, a Dublin-based aircraft lessor. Carlyle Aviation Partners will be the asset servicer for the vehicle.

Carlyle Aviation Partners is the commercial aviation investment and servicing arm of Carlyle's $66 billion Global Credit platform. It is a multi-strategy aviation investment manager that seeks to capitalize on its extensive technical knowledge, in-depth industry expertise and long-standing presence in the aviation sector. As of September 30, 2021, and excluding the planned acquisition of AMCK's portfolio, it has total assets under management of $8.3 billion, owns, manages or is committed to purchase 311 aircraft with 106 airline lessees in 56 countries, and employs a team of more than 95 in the US, Ireland and Singapore.

Goldman Sachs is leading the acquisition financing for the transaction. Milbank is acting as legal counsel to the Carlyle Aviation Partners managed investment vehicle with Kirkland & Ellis advising on the formation of Maverick.

\* \* \* \* \*

## About Carlyle

We use cookies to enhance your experience on our site. By using our site, you agree to our use of cookies. For more information, see our Cookies Policy.

investors, portfolio companies and the communities in which we live and invest. Carlyle employs more than 1,800 people in 26 offices across five continents. Further information is available at www.carlyle.com. Follow Carlyle on Twitter @OneCarlyle.

## About CK Asset Holdings

CK Asset Holdings Limited (SEHK: 1113) is a leading multinational corporation and has diverse capabilities with activities encompassing property development and investment, hotel and serviced suite operation, property and project management, aircraft leasing, pub operation and investment in infrastructure and utility asset operation.

## Forward-Looking Statements

This communication contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 that are subject to the safe harbor created thereby. These statements can be identified by terminology such as "may," "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Forward-looking statements involve inherent risks and uncertainties, and important factors could cause actual results to differ materially from those anticipated.

## Media contacts

Christa Zipf

Carlyle

Christa.zipf@carlyle.com

347-621-8967

We use cookies to enhance your experience on our site. By using our site, you agree to our use of cookies. For more information, see our Cookies Policy.

Notices & Disclaimers

Phishing and Fraud

Transparency & Reporting

Cookies Policy

Privacy Notice

Terms of Use Policy

We use cookies to enhance your experience on our site. By using our site, you agree to our use of cookies. For more information, see our Cookies Policy.