# Exhibit 9

# Tessa Harvey

| | |
|---|---|
| **From:** | Mechlowicz, Freyda <FMechlowicz@milbank.com> |
| **Sent:** | Wednesday, November 23, 2022 3:25 PM |
| **To:** | Lambert, Paul M. |
| **Cc:** | Perley, Erin; Gibbons, Michael; Luke, Skylar; Bun, Maria; Ciana Casey; Rory Coughlan; Paula Wogan; Tiffany Kolb |
| **Subject:** | Carlyle/Frontier - security assignment/WF transfer documents |
| **Attachments:** | Maverick TL - Lessor Guarantee Termination - MSN 8102 (Frontier) (4884-6544-3904-1).docx; Guaranty (Frontier MSN 8102) (4853-6008-6070-2).docx; Change-Pro Redline - Guaranty (Frontier MSN 8102)-4853-6008-6070-v1 and Guaranty (Frontier MSN 8102)-4853-6008-6070-v2.pdf; Change-Pro Redline - Manchester - Lessee Acknowledgment (Frontier 7524)-4894-9399-9903-v2 and Manchester - Lessee Acknowledgment (Frontier 7524)-4894-9399-9903-v4.pdf; Change-Pro Redline - Manchester - Notice of Security Assignment (Frontier 7524)-4869-9360-4895-v2 and Manchester - Notice of Security Assignment (Frontier 7524)-4869-9360-4895-v4.pdf; Change-Pro Redline - Manchester Bridge - Notice of Security Assignment (Frontier 9177)-4888-6484-9951-v2 and Manchester Bridge - Notice of Security Assignment (Frontier 9177)-4888-6484-9951-v4.pdf; Change-Pro Redline - Manchester Bridge - Lessee Acknowledgment (Frontier 9177)-4868-8776-1695-v2 and Manchester Bridge - Lessee Acknowledgment (Frontier 9177)-4868-8776-1695-v4.pdf; Manchester - Lessee Acknowledgment (Frontier 7524) (4894-9399-9903-4).docx; Manchester Bridge - Lessee Acknowledgment (Frontier 9177) (4868-8776-1695-4).docx; Manchester - Notice of Security Assignment (Frontier 7524) (4869-9360-4895-4).docx; Manchester Bridge - Notice of Security Assignment (Frontier 9177) (4888-6484-9951-4).docx |

> **CAUTION:** This is an external email. Do **NOT** click links or open attachments unless you are certain the content is safe.

Dear Paul,

I hope all is well with you.  We wanted to revert regarding the security assignment documents for certain aircraft, as well as notify you of an intention to transfer three aircraft owned by Wells Fargo as trustee to new trusts with UMB as trustee.

Attached please find the following draft documents:

- Revised draft security notice and acknowledgment for each of MSN 7524 and MSN 9177, marked against the comments that you previously sent over to Carlyle.  This covers the two forms of leases, but one of these is for a different MSN than you had commented on because the earlier version was for the aircraft that was redelivered.

- The following three aircraft are currently in Wells Fargo trusts: MSN 8102, 8239 and 8357.  Carlyle proposes to move these three aircraft into new trusts with UMB as owner trustee, which will each have the same new owner participant (i.e. all three trusts will have the same owner participant).  Attached is a draft lease assignment, assumption and amendment agreement for one of the aircraft, which shows the change in owner trustee and owner participant, as well as a draft replacement guarantee with the new owner participant as guarantor and draft guarantee termination for the prior guarantee.  These three aircraft are going to be in a different financing from the financing referred to in the attached draft security notices, following the movement of the three aircraft into the new trusts/owner participant, and we will not need the attached versions of the notices/acknowledgments to be entered into for these three aircraft.  When the forms of security assignment

1

notice/acknowledgment for this form of lease is agreed, we'll prepare a version of it that is in the same form but refers to the relevant security documents and parties for the financing that will be applicable to these three aircraft.  Per the lease, we will provide the relevant tax form for the new owner participant.

I hope you have a good Thanksgiving weekend.  I am happy to hop on a call early next week to discuss any questions/thoughts you may have after you have a chance to take a look at the attached.  The documents remain subject to further review and comment.

Best regards,
Freyda

Freyda Mechlowicz | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5464
FMechlowicz@milbank.com | milbank.com