UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LIMITED, MANCHESTER AVIATION FINANCE S.A.R.L., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-02943 (PAE) |

**DECLARATION OF JED M. SCHWARTZ IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S APPLICATION TO CONVERT TEMPORARY
RESTRAINING ORDER TO PRELIMINARY INJUNCTION**

I, Jed. M. Schwartz, hereby declare as follows:

1. I am a member of the law firm Milbank LLP, counsel to Defendants Wells Fargo Trust Company, N.A., solely in its capacity as Owner Trustee ("Wells Fargo"), and UMB Bank, N.A., solely in its capacity as Owner Trustee ("UMB"), in the above-captioned action. I am a member in good standing of the bar of the State of New York and of this Court.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Dr. Kevin Neels filed by Frontier in the case captioned *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ir. Ltd. et al.*, No. 20-cv-9713 (LLS) (S.D.N.Y.) at ECF No. 110-81.

- 2 -

3.  Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the Court's June 8, 2023 hearing on Frontier's motion for a temporary restraining order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
July 7, 2023

/s/ *Jed M. Schwartz*
Jed M. Schwartz