

Eric B. Fisher
Binder & Schwartz LLP
675 Third Avenue  26th Floor
New York, NY 10017

(T) 212.933.4551
(F) 212.510.7299
efisher@binderschwartz.com

July 12, 2023

By ECF

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Ltd., et al.*, No. 1:22-cv-02943 (PAE) – Frontier's Motion to Seal Exhibits B and C to the Declaration of Paul Lambert

Dear Judge Engelmayer:

      We represent Frontier Airlines, Inc. ("Frontier") in the above-captioned proceeding. Today, Frontier will file its Reply Memorandum of Law in Support of Plaintiff's Application to Convert Temporary Restraining Order to Preliminary Injunction (the "Reply").  After conferring with Defendants, Frontier understands that Exhibits B and C to the Declaration of Paul Lambert accompanying the Reply contain information that Defendants contend is confidential and should not be filed publicly on the docket.  Frontier takes no position with respect to Defendants' contention that the documents are confidential.  Nevertheless, Frontier seeks the Court's permission to file those documents under seal—at least temporarily—to afford Defendants the opportunity to make an application to the Court to allow those documents to remain sealed as confidential.

Very truly yours,

Eric B. Fisher

cc:     All Counsel of Record (via ECF)