

**JED M. SCHWARTZ**
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: +1 (212) 530-5283
JSchwartz@milbank.com | milbank.com

July 17, 2023

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

      Re:    *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, et al.*,
             No. 1:22-cv-02943 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

      We represent certain Defendants in the above-captioned action.

      Pursuant to Standing Order M10-468 and Rule 6 of the Court's Individual Rules and Practices in Civil Cases, we write to respectfully request the Court's permission to bring into the Courthouse certain Personal Electronic Devices and General Purpose Computing Devices, to be used at the hearing in the above-captioned matter taking place on July 18, 2023 at 10:30 a.m.

      The attorneys seeking such authorization and the devices for which authorization is sought are as follows:[1]

| Jed M. Schwartz | 1 Personal Electronic Device |
| --- | --- |
|  | 1 General Purpose Computing Device |
| Samantha Lovin | 1 Personal Electronic Device |
|  | 1 General Purpose Computing Device |
| Emily Werkmann | 1 Personal Electronic Device |
|  | 1 General Purpose Computing Device |

---

[1] Attached herewith is a proposed order identifying the attorneys seeking authorization and the devices for which authorization is sought.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO

We understand that the Court's Individual Rules require that requests for the use of computers be made at least 10 business days prior to the relevant hearing. We apologize for not having made this request sooner and respectfully request that the Court issue the attached order.

Respectfully submitted,

/s/    *Jed M. Schwartz*
Jed M. Schwartz

cc: All Counsel of record (via ECF)