UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

———————————————————————— x

The following Order is subject to the definitions, obligations and restrictions imposed

pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this

Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic

Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below

into the Courthouse for use in a proceeding or trial in the action

captioned _Frontier Airlines, Inc. v. AMCK Aviation Holdings Ir. Ltd. et al._____

_____, No. _(PAE)_____. The
1:22-cv-02943

date(s) for which such authorization is provided is (are) _July 18, 2023_____.

| Attorney | Device(s) |
|---|---|
| 1.  Jed M. Schwartz | 1 Personal Electronic Device<br>1 General Purpose Computing Device |
| 2.  Samantha Lovin | 1 Personal Electronic Device<br>1 General Purpose Computing Device |

6

| 3. | Emily Werkmann | 1 Personal Electronic Device<br>1 General Purpose Computing Device |
|---|---|---|

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014