

Eric B. Fisher
Binder & Schwartz LLP            (T) 212.933.4551
366 Madison Avenue  6th Floor    (F) 212.510.7299
New York, NY 10017               efisher@binderschwartz.com

July 17, 2023

**By ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re: *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Ltd., et al.*,
No. 1:22-cv-02943 (PAE) [Rel. No. 1:23-cv-04774] – Joint Letter Regarding Case
Management Conference

Dear Judge Engelmayer:

We represent Frontier Airlines, Inc. ("Frontier") in the above-captioned proceedings and submit this letter jointly on behalf of all parties.  Pursuant to Your Honor's order (ECF No. 76) and in advance of the July 18, 2023 conference, we are filing contemporaneously with this letter the parties' proposed case management plan.

In accordance with Part 2.B. of Your Honor's Individual Rules and Practices in Civil Cases, Frontier states that it intends to seek consolidation for discovery and trial with the related case, *Carlyle Aviation Management Limited v. Frontier Airlines, Inc.*, Case No. 1:23-cv-04774. Defendants oppose formal consolidation for discovery or for trial, but would have no objection to informal coordination of discovery as appropriate.  As the Court is aware, the parties participated in an all-day mediation before a private mediator on June 28, 2023.  The parties continued to have discussions with the mediator and each other through July 7, 2023, but were unable to reach a settlement.

Very truly yours,

/s/ Eric B. Fisher
Eric B. Fisher

Enclosure

cc:    All Counsel of Record (via ECF)