UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONTIER AIRLINES, INC.,

                        Plaintiff,

-v-

AMCK AVIATION HOLDINGS IRELAND LTD. ET AL.,

                        Defendants.

22 Civ. 2943 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons set forth at today's in-person conference, the Court enters a narrow preliminary injunction enjoining defendants from grounding, impounding, or deregistering the 14 A320 Airbus aircraft at issue for the defaults presently asserted against Frontier under the lease agreements. The Court also maintains the previously ordered $2 million bond.

Also at today's conference, the Court set the following schedule:

- Proposed case management plans in this case and in related case, 23 Civ. 4774 (PAE), are due **July 26, 2023**. As the Court explained today, these proposals should take into account the needs of both cases.

- The next in-person hearing in this matter will be held on **August 10, 2023, at 11:30 a.m.**

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 18, 2023
       New York, New York