UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

FRONTIER AIRLINES, INC.         Plaintiff,         Case No. 1:22-cv-02943

-against-

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,         Defendant.

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Eric B. Fisher**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EF-1209    My State Bar Number is: 2754976

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Binder & Schwartz LLP
FIRM ADDRESS: 366 Madison Avenue, 6th Floor, New York, NY 10017
FIRM TELEPHONE NUMBER: (212)510-7008
FIRM FAX NUMBER: (212)510-7299

NEW FIRM:    FIRM NAME: Binder & Schwartz LLP
FIRM ADDRESS: 675 Third Avenue, 26th Floor, New York, NY 10017
FIRM TELEPHONE NUMBER: (212)510-7008
FIRM FAX NUMBER: (212)510-7299

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 20, 2023

/s/ Eric B. Fisher
_____
ATTORNEY'S SIGNATURE