UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

FRONTIER AIRLINES, INC.                    Plaintiff,          Case No.  1:22-cv-02943

        -against-

AMCK AVIATION HOLDINGS IRELAND
LIMITED, ACCIPITER INVESTMENT 4
LIMITED, VERMILLION AVIATION (TWO)
LIMITED, WELLS FARGO TRUST
COMPANY, N.A., solely in its capacity as
OWNER TRUSTEE, and UMB BANK, N.A.,
solely in its capacity as OWNER TRUSTEE,    Defendant.

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]    I have cases pending                    [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Gregory C. Pruden
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_GP-4235_____    My State Bar Number is _5380282_____

I am,

[✓]    An attorney

[ ]    A Government Agency attorney

[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Binder & Schwartz LLP_____
                FIRM ADDRESS: 366 Madison Avenue, 6th Floor, New York, NY 10017_____
                FIRM TELEPHONE NUMBER: (212)510-7008_____
                FIRM FAX NUMBER: (212)510-7299_____

NEW FIRM:    FIRM NAME: Binder & Schwartz LLP_____
                FIRM ADDRESS: 675 Third Avenue, 26th Floor, New York, NY 10017_____
                FIRM TELEPHONE NUMBER: (212)510-7008_____
                FIRM FAX NUMBER: (212)510-7299_____

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge_____.

Dated:  July 20, 2023                    _____
                                    ATTORNEY'S SIGNATURE