UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LIMITED, MANCHESTER AVIATION FINANCE S.a.r.l., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, <br><br> Defendants. | Case No. 1:22-cv-02943 (PAE) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Samantha Lovin, an associate with the firm Milbank LLP, hereby appears as counsel for Defendants Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, and Accipiter Holdings DAC in the above-captioned action, in addition to Defendants Wells Fargo Trust Company, N.A., solely in its capacity as Owner Trustee, and UMB Bank, N.A., solely in its capacity as Owner Trustee, for which Samantha Lovin previously appeared as counsel under Docket Number 61. Samantha Lovin hereby certifies that she is admitted to practice in this Court and respectfully requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

Dated: July 25, 2023  
       New York, New York

MILBANK LLP

  /s/ *Samantha Lovin*  
Samantha Lovin  
55 Hudson Yards  
New York, New York 10001  
Telephone: 212-530-5000  
Facsimile: 212-530-5219  
Email: slovin@milbank.com

*Defendants Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Accipiter Holdings DAC, Wells Fargo Trust Company, N.A., solely in its capacity as Owner Trustee, and UMB Bank, N.A., solely in its capacity as Owner Trustee*

2