UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                  Plaintiff,<br><br>v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LIMITED, MANCHESTER AVIATION FINANCE S.a.r.l., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                  Defendants. | Case No. 1:22-cv-02943 (PAE) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Emily Werkmann, an associate with the firm Milbank LLP, hereby appears as counsel for Defendants Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, and Accipiter Holdings DAC in the above-captioned action, in addition to Defendants Wells Fargo Trust Company, N.A., solely in its capacity as Owner Trustee, and UMB Bank, N.A., solely in its capacity as Owner Trustee, for which Emily Werkmann previously appeared as counsel under Docket Number 62.  Emily Werkmann hereby certifies that she is admitted to practice in  this Court and respectfully requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

| | |
|---|---|
| Dated: July 25, 2023<br>New York, New York | MILBANK LLP<br><br>/s/ *Emily Werkmann*<br>Emily Werkmann<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: 212-530-5000<br>Facsimile: 212-530-5219<br>Email: ewerkmann@milbank.com<br><br>*Counsel for Defendants Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Accipiter Holdings DAC, Wells Fargo Trust Company, N.A., solely in its capacity as Owner Trustee, and UMB Bank, N.A., solely in its capacity as Owner Trustee* |

2