

Eric B. Fisher
Binder & Schwartz LLP        (T) 212.933.4551
675 Third Avenue 26th Floor   (F) 212.510.7299
New York, NY 10017            efisher@binderschwartz.com

August 2, 2023

By ECF

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

> Re: *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Ltd., et al.*, No. 1:22-cv-02943 [rel. 1:23-cv-04774] (PAE) – Frontier's Motion to Allow David M. Schoeggl to Appear Telephonically at the Scheduled August 10, 2023 Conference

Dear Judge Engelmayer:

    We represent Frontier Airlines, Inc. ("Frontier") in the above-captioned proceeding. The parties are currently scheduled to appear before Your Honor for a follow-up conference on August 10, 2023 (the "August 10 Conference"), to discuss case management and other issues relevant to the above-captioned action and the related action.

    While I plan to attend the August 10 Conference in person on behalf of Frontier, my co-counsel, Mr. Schoeggl from the Lane Powell firm in Seattle, is unable to appear in person on that date because he will be traveling out of the country. As the Court is aware, Mr. Schoeggl serves as Frontier's lead counsel in this matter. Accordingly, Frontier respectfully requests that the Court allow Mr. Schoeggl to attend the August 10 Conference telephonically. We have conferred with Mr. Schwartz as counsel for the defendants in both this and the related actions, who has informed us that the defendants consent to this request.

Very truly yours,

Eric B. Fisher

cc:    All Counsel of Record (via ECF)

Granted. Mr. Schoeggl may attend the August 10 Conference telephonically. The Court, however, expects in-person counsel to serve as lead counsel for the limited purpose of the August 10 Conference.

Mr. Schoeggl should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

August 2, 2023
New York, New York