UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.,

        Plaintiff,

v.

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LIMITED, MANCHESTER AVIATION FINANCE S.A.R.L., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

        Defendants.

Case No.: 1:22-cv-02943 (PAE)

**NOTICE OF MOTION TO ALTER OR AMEND THE COURT'S JULY 18, 2023 ORDER GRANTING PLAINTIFF'S APPLICATION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that, upon the memorandum of law submitted herewith, Defendants Wells Fargo Trust Company, N.A., solely in its capacity as Owner Trustee, and UMB Bank, N.A., solely in its capacity as Owner Trustee, hereby moves this Court, before the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, 40 Foley Square, Courtroom 1305, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure 59(e) altering or amending the Court's July 18, 2023 Order, ECF No. 92, granting Plaintiff Frontier's application to convert temporary restraining order to preliminary injunction, ECF No. 71, and granting such further relief as the Court deems just and proper.

- 2 -

| | |
|---|---|
| Dated: August 2, 2023<br>New York, New York | **MILBANK LLP**<br><br>/s/ *Jed M. Schwartz*<br><br>Jed M. Schwartz<br>Samantha A. Lovin<br>Emily Werkmann<br>55 Hudson Yards<br>New York, New York 10001<br>Tel: (212) 530-5000<br>JSchwartz@milbank.com<br>SLovin@milbank.com<br>Ewerkmann@milbank.com<br><br>*Attorneys for Defendants Wells Fargo Trust Company, N.A., solely in its capacity as Owner Trustee, and UMB Bank, N.A., solely in its capacity as Owner Trustee.* |