

**JED M. SCHWARTZ**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5283
JSchwartz@milbank.com  |  milbank.com

August 8, 2023

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

      Re:    *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, et al.*,
              No. 1:22-cv-02943 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

      We represent Defendants in the above-captioned action, and write with the permission of Plaintiff. Pursuant to the Court's August 3, 2023 Order, the Parties are required to submit a proposed joint order premised on the Court's approval of a guaranty at the conference scheduled for August 10. The Parties have exchanged drafts of such proposed orders, but have not yet agreed on the form of an order. Plaintiff's proposal is attached as Exhibit A to this letter, and Defendants' proposal is attached as Exhibit B to this letter.

      The Parties intend to have further discussions on this topic in advance of the August 10 hearing.

                                     Respectfully submitted,

                                     */s/     Jed M. Schwartz*
                                     Jed M. Schwartz

cc: All Counsel of record (via ECF)