UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONTIER AIRLINES, INC.,

                               Plaintiff,

-v-

AMCK AVIATION HOLDINGS IRELAND LTD. ET AL.,

                               Defendants.

22 Civ. 2943 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a request from defendants to allow out-of-state client representatives to attend the August 10, 2023 conference by telephone. Defendants' request is granted. However, as the Court noted in resolving a similar request from plaintiff, *see* Dkt. 113, the Court expects those participating via telephone to audit the conference but not to participate.

Defendants' client representatives should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: August 9, 2023
        New York, New York