UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                           Plaintiff,<br>       -v-<br><br>AMCK AVIATION HOLDINGS IRELAND LTD. ET AL.,<br><br>                           Defendants. | 22 Civ. 2943 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at today's hearing, the Court orders defense counsel to file by Tuesday, August 15, 2023: a proposed financial guarantee; a proposed court order based upon defendants' earlier proposed order, *see* Dkt. 119, Ex. B; and a joint letter identifying any unsolved areas of disagreement between the parties with respect to these documents.

SO ORDERED.

                                                         *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: August 10, 2023
       New York, New York