

# Milbank

**JED M. SCHWARTZ**
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: +1 (212) 530-5283
JSchwartz@milbank.com | milbank.com

September 18, 2023

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

      Re:    *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, et al.*,
             No. 1:22-cv-02943 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

      We represent Defendants in the above-captioned action. Pursuant to Paragraph 4 of the Court's August 17, 2023 Order (ECF No. 131) (the "<u>Order</u>"), Defendants write to notify the Court that the conditions in Paragraphs 1 and 2 in the Order have been satisfied. Accordingly, Defendants are deemed to have withdrawn, and have withdrawn, the May 26 Default Notices (as defined in the Order).

                                      Respectfully submitted,

                                      /s/    *Jed M. Schwartz*
                                      Jed M. Schwartz

cc: All Counsel of record (via ECF)

                              The Court thanks the parties for this welcome update.

                              SO ORDERED.

                           *Paul A. Engelmayer*
Dated: September 18, 2023    PAUL A. ENGELMAYER
      New York, New York      United States District Judge

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO