**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>
CARLYLE AVIATION MANAGEMENT
LIMITED, ACCIPITER INVESTMENTS
AIRCRAFT 4 LIMITED, VERMILLION
AVIATION (TWO) LIMITED, ACCIPITER
HOLDINGS DAC, MAVERICK AVIATION
HOLDINGS LTD., MANCHESTER
AVIATION FINANCE S.a.r.l., WELLS
FARGO TRUST COMPANY, N.A., not in its
individual capacity but solely in its capacity as
OWNER TRUSTEE, UMB BANK, N.A., not in
its individual capacity but solely in its capacity
as OWNER TRUSTEE,

     *Plaintiffs*,

   v.

FRONTIER AIRLINES, INC.

     *Defendant*.
</td><td>
Case No. 1:23-cv-04774 (PAE)

[Rel. 1:22-cv-02943 (PAE)]
</td></tr>
</table>

**ORDER GRANTING MOTION FOR**
**ADMISSION PRO HAC VICE**

The motion of David Schoeggl (Applicant) for admission to practice pro hac vice in the

above-captioned case is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the states of

Alaska, Oregon, and Washington; and that his contact information is as follows:

David Schoeggl
Lane Powell PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Phone:  206-223-7383
Fax: 206-223-7107
E-mail: schoeggld@lanepowell.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendant Frontier Airlines, Inc. in the above-captioned case;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November 15, 2023

_Paul A. Engelmayer_
_____
UNITED STATES DISTRICT JUDGE