

Eric B. Fisher
Binder & Schwartz LLP          (T) 212.933.4551
675 Third Avenue, 26th Floor   (F) 212.510.7299
New York, NY 10017             efisher@binderschwartz.com

November 22, 2023

**By ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

      Re:  *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Ltd., et al.*,
           No. 1:22-cv-02943 (PAE) [Rel. No. 1:23-cv-04774]

Dear Judge Engelmayer:

      We represent Frontier Airlines, Inc. ("Frontier") in the above-captioned proceedings. We write jointly on behalf of all parties, and pursuant to Rule 1.E. of Your Honor's Individual Rules, to respectfully request that the Court revise the discovery schedule in this action to correspond with the modified schedule entered by the Court in the related action, *Carlyle Aviation Management Ltd. v. Frontier Airlines, Inc.*, No. 1:23-cv-04774 (PAE) ("Lawsuit 3"). *See* Dkt. No. 139. The modified schedule, set forth below, will allow the parties to continue to coordinate discovery across the two cases. As the Court is aware, the cases involve some of the same agreements and parties, and prior to entry of the revised discovery order in Lawsuit 3, the two actions were on the same discovery schedule, *see* Dkt. No. 103; Lawsuit 3, Dkt. No. 21.[1] As with Lawsuit 3, good cause exists to extend the discovery schedule, as the parties have exchanged discovery requests and responses in accordance with the current Case Management Plan and are presently engaged in document discovery.

      The parties respectfully request the Court enter the same case management deadlines entered in Lawsuit 3, which are set forth below and agreed to by all parties:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Deadline | December 22, 2023 | March 22, 2024 |
| Deadline to Serve Interrogatories | November 17, 2023 | February 21, 2024 |

---

[1] Frontier moved in Lawsuit 3 to consolidate the cases, which motion remains pending before the Court. *See* Lawsuit 3, Dkt. No. 38.



| Deadline to Serve Requests to Admit | November 17, 2023 | February 21, 2024 |
| --- | --- | --- |
| Deadline to Complete Fact Depositions | December 22, 2023 | March 22, 2024 |
| Deadline to Complete Expert Discovery | March 1, 2024 | June 5, 2024 |

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Eric B. Fisher
Eric B. Fisher

cc: All Counsel of Record (via ECF)

GRANTED. The Court *sua sponte* reschedules the next case-management conference in this case, and in the related case, to **April 23, 2024, at 10 a.m.**

SO ORDERED.

Dated: November 22, 2023
      New York, New York

PAUL A. ENGELMAYER
United States District Judge