UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONTIER AIRLINES, INC.,

                Plaintiff,

v.

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LIMITED, MANCHESTER AVIATION FINANCE S.a.r.l., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

                Defendants.

Case No.: 1:22-cv-02943 (PAE)

## MOTION AND ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Emily Werkmann, and subject to the approval of the Court, Emily Werkmann hereby withdraws as counsel for Defendants Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Accipiter Holdings DAC, Wells Fargo Trust Company, N.A., solely in its capacity as Owner Trustee, and UMB Bank, N.A., solely in its capacity as Owner Trustee ("Defendants"), and shall be removed from the CM/ECF notification list in the above-captioned matter. Jed M. Schwartz and Samantha Lovin of Milbank LLP and Jeff E. Butler of Clifford Chance LLP will continue to represent Defendants in this action.

Dated: February 14, 2024
New York, New York

                                  MILBANK LLP

                                  By: */s/ Emily Werkmann*
                                  Emily Werkmann
                                  55 Hudson Yards
                                  New York, New York 10001
                                  (212) 530-5000
                                  EWerkmann@milbank.com

                                  *Counsel for Defendants Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Accipiter Holdings DAC, Wells Fargo Trust Company, N.A., solely in its capacity as Owner Trustee, and UMB Bank, N.A., solely in its capacity as Owner Trustee*

GRANTED. SO ORDERED.

Dated: February 14, 2024
       New York, New York

                                 *Paul A. Engelmayer*
                                PAUL A. ENGELMAYER
                                United States District Judge