UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.,

                Plaintiff,

v.                                    Case No. 22 Civ. 2943 (PAE)

AMCK AVIATION HOLDINGS IRELAND LIMITED, et al.,

                Defendants.

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the New York office of CLIFFORD CHANCE US LLP is no longer located at 31 West 52nd Street and has moved to the following address:

CLIFFORD CHANCE US LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001

All telephone numbers and email addresses remain the same.

Dated: June 25, 2024

                                                                      CLIFFORD CHANCE US LLP

                                                                      S/ Jeff E. Butler

                                                                      Jeff E. Butler
                                                                      John P. Alexander
                                                                      Two Manhattan West
                                                                      375 9th Avenue
                                                                      New York, NY 10001
                                                                      (212) 878-8000
                                                                      Jeff.butler@cliffordchance.com
                                                                      John.alexander@cliffordchance.com

                                                                      Attorneys for Defendants