UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                    Defendants. | Case No. 1:22-cv-02943 (PAE)<br><br>**ECF Case** |

## NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER

PLEASE TAKE NOTICE that I, Gregory Charles Pruden, of the law firm Binder & Schwartz LLP, hereby withdraw as counsel for Frontier Airlines, Inc. in this action. As of July 1, 2024, I will no longer be employed by Binder & Schwartz and will no longer have any role in this action. Binder & Schwartz will continue as counsel of record for Frontier.

Dated: June 26, 2024                                  Respectfully submitted,
         New York, New York

                                                               /s/ Gregory C. Pruden
                                                               Gregory C. Pruden
                                                               **BINDER & SCHWARTZ LLP**
                                                               675 Third Avenue, 26th Floor
                                                               New York, NY 10017
                                                               Tel: 212.510.7008
                                                               Fax: 212.510.7299
                                                               gpruden@binderschwartz.com

                                                               *Counsel for Frontier Airlines, Inc.*

IT IS SO ORDERED.

Dated: _____, 2024

                                                          Hon. Paul A. Engelmayer
                                                          United States District Judge