UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>      Defendants. | Case No. 1:22-cv-02943 (PAE)<br><br>**ECF Case** |

## NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that I, Gregory Charles Pruden, of the law firm Binder & Schwartz LLP, hereby withdraw as counsel for Frontier Airlines, Inc. in this action. As of July 1, 2024, I will no longer be employed by Binder & Schwartz and will no longer have any role in this action. Binder & Schwartz will continue as counsel of record for Frontier.

Dated: June 26, 2024
   New York, New York

            Respectfully submitted,

            /s/ Gregory C. Pruden
            Gregory C. Pruden
            **BINDER & SCHWARTZ LLP**
            675 Third Avenue, 26th Floor
            New York, NY 10017
            Tel: 212.510.7008
            Fax: 212.510.7299
            gpruden@binderschwartz.com

            *Counsel for Frontier Airlines, Inc.*

IT IS SO ORDERED.

Dated: June 26, 2024

_____
Hon. Paul A. Engelmayer
United States District Judge