UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>　　　　　　　Defendants. | Case No. 1:22-cv-02943 (PAE) |

**MOTION FOR ADMISSION PRO HAC VICE**

　　Pursuant to Rule 1.3 of the Local Rules of the United State Courts for the Southern and Eastern Districts of New York, I, Rachel Constantino-Wallace, hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Frontier Airlines, Inc. in the above-captioned action.

　　I am a member in good standing of the bar of the State of Washington, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 17, 2024
Seattle, Washington

Respectfully submitted,

*s/ Rachel Constantino-Wallace*
Rachel Constantino-Wallace
**LANE POWELL PC**
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101
Telephone: (206) 223-7000
Email: constantinowallacer@lanepowell.com

*Counsel for Plaintiff Frontier Airlines, Inc.*