UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONTIER AIRLINES, INC.,

        Plaintiff,

v.

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

        Defendants.

Case No. 1:22-cv-02943 (PAE)

**ECF Case**

---

### AFFIDAVIT OF RACHEL CONSTANTINO-WALLACE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Rachel Constantino-Wallace, hereby declare and affirm as follows:

1. I am an attorney with the law firm of Lane Powell PC.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned matter.

3. As shown in the attached Certificate of Good Standing, I am a member of good standing of the bar of the State of Washington.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

WHEREFORE Affiant respectfully submits that she be permitted to appear as counsel pro hac vice in this case for Plaintiff Frontier Airlines, Inc.

Dated: July 17, 2024
Seattle, Washington

*RCWallace*

Rachel Constantino-Wallace

Subscribed and sworn to before me in Seattle, King County, Washington, on this 17th day of July, 2024, by Rachel Constantino-Wallace.

*Lou A. Rosenkranz*

Lou A. Rosenkranz
Notary Public in and for the State of Washington,
Residing at Edmonds, WA.
My commission expires 7-31-26