UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, CARLYLE AVIATION MANAGEMENT LIMITED, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., VERMILLION AVIATION HOLDINGS LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>        Defendants. | Case No. 1:22-cv-02943 (PAE) |

**[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION PRO HAC VICE**

The motion of Rachel Constantino-Wallace (Applicant) for admission to practice pro hac vice in the above-captioned case is GRANTED.

Applicant has declared that she is a member in good standing of the bar of the State of Washington; and that her contact information is as follows:

>Rachel Constantino-Wallace
>Lane Powell PC
>1420 Fifth Avenue Suite 4200
>Seattle, WA 98101
>Phone: 206-223-7000
>Fax: 206-223-7107
>E-mail: constantinowallacer@lanepowell.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiff Frontier Airlines, Inc. in the above-captioned case;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated this ___ day of July, 2024

_____
UNITED STATES DISTRICT JUDGE